

# Fourth Court of Appeals
## San Antonio, Texas

November 16, 2018

No. 04-18-00379-CV

The **STATE** of Texas,
Appellants

v.

**ONE MILLION SEVEN HUNDRED ELEVEN THOUSAND SIXTY-ONE DOLLARS AND SEVENTY-NINE CENTS** ($1,711,061.79) In U.S. Currency, Elgin Watch, Rope Necklace, ID Bracelet, Two (2) Costume Jewelry Rings, and Five (5) Silver Bars,
Appellees

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 10,242
Honorable Susan D. Reed, Judge Presiding

# O R D E R

Sitting:    Karen Angelini, Justice
           Marialyn Barnard, Justice
           Luz Elena D. Chapa, Justice

The Court has considered appellant's motion for reconsideration of denial of oral argument. The motion is DENIED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of November, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court